# ELECTRONIC RECORD

COA # 07-13-00158-CR          OFFENSE: 22.02

STYLE: Justin Davis Johnson v. The State of Texas          COUNTY: Hood

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 355th District Court

DATE: 11/19/2014          Publish: YES   TC CASE #:   CR12127

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Justin Davis Johnson v. The State of Texas          CCA #: 1542-14

_APPELLANT'S_  Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 03/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**